UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

HAWAII LABORERS PENSION FUND, et al.    Civil No. 10-2516

vs.    Order of Reassignment

WILLIAM C. WELDON, et al.

RECEIVED
JUN 2 3 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

It is on this  23RD  day of June, 2010

O R D E R E D  that the entitled action is reassigned from

JUDGE JOEL A. PISANO to JUDGE FREDA L. WOLFSON.


S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT